**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1590**

_____

In re: DEONTAE J. HARGRAVE

Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Richmond. (3:15-cr-00037-REP-MRC-1)

_____

Submitted: August 28, 2025                    Decided: September 3, 2025

_____

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Deontae J. Hargrave, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deontae J. Hargrave petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his Fed. R. Civ. P. 60(b) motion for reconsideration of the court's previous order denying relief on Hargrave's 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed Hargrave's Rule 60(b) motion on July 15, 2025. Accordingly, because the district court has recently decided Hargrave's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*